IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(MDC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and Body Rebuilders, PC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The Agreement is hereby **APPROVED.**

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement.

**BY THE COURT:**

Dated: _____

_____
MAGDELINE D. COLEMAN,
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.