IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DAVID TABBY DO LLC | : | BANKRUPTCY NO. 23-11356(MDC) |
| d/b/a OPTIMUM NEUROLOGY | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that on the 12th day of December, 2023, I directed that the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and Body Rebuilders, PC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and Notice of Motion, Response Deadline and Hearing Date to be served upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire

*Counsel for the Trustee*

Dated: December 12, 2023

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 |
| **VIA E-MAIL** | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C.<br>1025 Berkshire Boulevard, Suite 700<br>Wyomissing, PA 19610<br>glutz@hvmllaw.com | |