IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DAVID TABBY DO LLC | : | BANKRUPTCY NO. 23-11356(MDC) |
| d/b/a OPTIMUM NEUROLOGY | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that on the 12th day of December, 2023 I directed that the Notice of Motion, Response Deadline and Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and Body Rebuilders, PC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) to be served upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By:  /s/ Robert W. Seitzer
     Robert W. Seitzer, Esquire

*Counsel for the Trustee*

Dated: December 12, 2023

**VIA U.S. FIRST CLASS MAIL**

David Tabby
217 Springhouse Ln
Merion Station, PA 19066-1114

Health Prime Inc.
785 W Granada Blvd
Ormond Beach, FL 32174-9522

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Patient Pop?
214 Wilshire Blvd
Santa Monica, CA 90401-1202

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Pennsylvania Department of Revenue
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Stericycle
2355 Waukegan Rd
Bannockburn, IL 60015-1586

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Verizon Bankruptcy Administration
500 Technology Drive Suite 550
Saint Charles, MO 63304

Wade, Goldstein, Landau, & Abruzzo P.C.
61 Cassatt Ave
Berwyn, PA 19312-1356

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

Wells Fargo Financial Leasing, Inc.
Attn Jennifer Presnall-Harpe
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Wiggins Shredding, Inc.
908 Old Fern Hill Rd
West Chester, PA 19380-4208