IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(MDC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
MOTION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE,
FOR APPROVAL OF A SETTLEMENT AGREEMENT AND MUTUAL
RELEASE BETWEEN THE TRUSTEE AND BODY REBUILDERS, PC
PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a)**

**TO:    THE HONORABLE MAGDELINE D. COLEMAN,
Chief United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on December 12, 2023 a copy of the Notice of Motion, Response Deadline and Hearing Date on the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and Body Rebuilders, PC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding.  No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Motion and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

[INTENTIONALLY LEFT BLANK]

**WHEREFORE**, counsel to the Trustee respectfully requests that the Motion be granted.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Trustee

Dated: December 27, 2023