IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(MDC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that a true copy of the Certification of No Answer, Objection or Other Responsive Pleading to Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and Body Rebuilders, PC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) was served on December 27, 2023 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By:    /s/ Robert W. Seitzer
ROBERT W. SEITZER
Counsel to the Trustee

Dated: December 27, 2023

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 |
| **VIA E-MAIL** | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C.<br>1025 Berkshire Boulevard, Suite 700<br>Wyomissing, PA 19610<br>glutz@hvmllaw.com | |