IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(MDC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF HOURLY RATE ADJUSTMENT OF KARALIS PC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

Karalis PC ("KPC"), counsel to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of David Tabby DO LLC d/b/a Optimum Neurology (the "Debtor"), hereby provides its notice of hourly rate adjustment, and in support thereof, respectfully represents as follows:

## BACKGROUND

**A.    Procedural Background.**

1. On May 9, 2023, the Debtor filed for protection under Chapter 7 of the Bankruptcy Code.

2. On May 17, 2023, the Trustee was appointed which appointment remains in effect.

**B.    The Trustee's Retention of KPC.**

3. On August 4, 2023, the Trustee filed the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the "Retention Application").

4. On August 16, 2023, this Court entered an Order approving the Retention Application.

5. As set forth in the Retention Application, the hourly rates charged by KPC, subject to periodic adjustment, were as follows: Partners rates range from $450.00 to $605.00, Associates rates range from $280.00 to $500.00 per hour and Paralegal rates are $150.00 per hour.

## HOURLY RATE ADJUSTMENT

6. Effective as of January 1, 2024, the hourly rates charged by KPC, subject to periodic adjustment, are as follows: Partners rates range from $500.00 to $650.00, Associates rates range from $300.00 to $550.00 per hour and Paralegal rates are $165.00 per hour.

           **Respectfully submitted,**

           **KARALIS PC**

         By: /s/ Robert W. Seitzer
           ROBERT W. SEITZER
           1900 Spruce Street
           Philadelphia, PA 19103
           (215) 546-4500
           rseitzer@karalislaw.com

          *Attorneys for the Trustee*

Dated: January 16, 2024