IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(MDC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that I caused to have served on the 16th day of January, 2024 a copy of the Notice of Hourly Rate Adjustment of Karalis PC as Counsel to the Chapter 7 Trustee upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: January 16, 2024

**VIA ECF TRANSMISSION**

Kevin P. Callahan, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102