**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(AMC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR
THE PERIOD AUGUST 4, 2023 THROUGH MAY 29, 2024**

Karalis PC (the "Applicant"), counsel to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of David Tabby DO LLC d/b/a Optimum Neurology (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

**Part A - Preliminary Statement**

1.      On August 4, 2023, the Trustee filed an Application to Employ the Applicant as his bankruptcy counsel.  By Order dated August 15, 2023, the Applicant was employed as the Trustee's bankruptcy counsel.

2.      All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3.      The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4.      The expenses described in this Application are actual, necessary expenses.

5.    The Applicant seeks a final allowance and payment of compensation in the amount of $4,415.00 for legal services rendered and $47.60 for reimbursement of actual and necessary expenses incurred during the service period of August 4, 2023 through May 29, 2024 (the "Service Period").

6.    The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

### Part B - General Information

1.    **Period: August 4, 2023 through May 29, 2024**

First and Final Fee Application

<u>Requested</u>

| | |
|---|---|
| Fees | $4,415.00 |
| Expenses | $   47.60 |
| Total | $4,462.60 |

2.    **General Information**

a.    Date case filed: May 9, 2023

b.    Date Trustee appointed: May 17, 2023

c.    Date application to approve employment filed: August 4, 2023

d.    Date employment approved: August 15, 2023

e.    First date services rendered in this case: August 4, 2023

f.    $4,415.00 of the compensation sought for legal services and $47.60 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

g.    This Application is for a period greater than 120 days after the end of the period of the last Application.

3.    **Prior Applications**

None

4.    **Attorneys' Billing**

| NAME OF PROFESSIONAL | ADMITTED | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Robert W. Seitzer | 2001 | 8.60 | $450 | $3,870.00 |
| | | 1.00 | $500 | $500.00 |
| **TOTAL** | | **9.60** | | **$4,370.00** |

5.    **Paralegal Services**

| NAME OF PROFESSIONAL | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Jill Hysley | | .30 | $150 | $45.00 |
| **TOTAL** | | **.30** | | **$45.00** |

6.    **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

<u>**Part C Billing Summary**</u>

1.    **Description of Service** - The Applicant researched various issues relating to a potential preferential transfer.  The Applicant exchanged e-mails and had telephone conferences with counsel to the transferee.  Thereafter, the matter was resolved and the Applicant prepared a settlement agreement and a motion to approve a settlement agreement.

2.    The Applicant advised the Trustee with respect to all legal matters in connection with this bankruptcy case and performed the professional services detailed in Exhibit "A" which is attached hereto and made a part hereof.  Detailed statements of the services are included in Exhibit "A" which lists the name of the professional or paraprofessional, date, activity, and time expended in connection with the services rendered.

### Part D - Expense Summary

1.    The Applicant has expended $47.60 for costs and expenses in connection with the representation of the Trustee during the Service Period.  A detail of the costs and expenses is included in Exhibit "A".

### Part E - L.B.R. 2016-2(b) Statement

1.    Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses.  Concurrent with the filing of this Application, the Trustee is submitting his Final Report to the Office of the United States Trustee.

**WHEREFORE**, the Applicant requests an award of $4,415.00 as reasonable compensation for the services rendered and $47.60 for reimbursement of expenses for a total of $4,462.60 for the period August 4, 2023 through May 29, 2024.

**Respectfully submitted,**

**KARALIS PC**

By:    /s/ Robert W. Seitzer
        ROBERT W. SEITZER
        1900 Spruce Street
        Philadelphia, PA  19103
        (215) 546-4500
        rseitzer@karalislaw.com

        *Attorneys for the Trustee*

Dated: June 4, 2024