IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| DAVID TABBY DO LLC | : | BANKRUPTCY NO. 23-11356(AMC) |
| d/b/a OPTIMUM NEUROLOGY | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE CHAPTER 7
TRUSTEE, FOR THE PERIOD AUGUST 4, 2023 THROUGH MAY 29, 2024**

TO: THE HONORABLE ASHELY M. CHAN,
Chief United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on June 4, 2024 a copy of the Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Chapter 7 Trustee, for the Period August 4, 2023 through May 29, 2024 (the "Application") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, counsel to the Trustee respectfully requests that the Application be approved.

                                                **Respectfully submitted,**

                                                **KARALIS PC**

                                                By:   /s/ Robert W. Seitzer
                                                        ROBERT W. SEITZER
                                                        1900 Spruce Street
                                                        Philadelphia, PA 19103
                                                        (215) 546-4500
                                                        Counsel to the Trustee

Dated: June 19, 2024