IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DAVID TABBY DO LLC | : | BANKRUPTCY NO. 23-11356(AMC) |
| d/b/a OPTIMUM NEUROLOGY | : | |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period August 4, 2023 through May 29, 2024 (the "Application"), it is hereby ORDERED that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $4,415.00 for services rendered and $47.60 for reimbursement of expenses for a total of $4,462.60.

3. The amount awarded herein is hereby made final.

BY THE COURT:

Dated: July 1, 2024

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE