**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re:  David Tabby DO LLC  § Case No. 23-11356
 §
 §
 §
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/09/2023. The undersigned trustee was appointed on 05/16/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $        21,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 100.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 20,899.57 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/06/2023 and the deadline for filing governmental claims was 11/06/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,850.00, for a total compensation of $2,850.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2024      By: /s/ Robert Seitzer
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 23-11356  
Case Name: David Tabby DO LLC  
For Period Ending: 06/04/2024

Trustee Name: (580270) Robert Seitzer  
Date Filed (f) or Converted (c): 05/09/2023 (f)  
§ 341(a) Meeting Date: 07/10/2023  
Claims Bar Date: 11/06/2023

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Potential Preference Action against Body Rebuilders PC (u)  1/10/24 Per Settlement Order, Doc. #33 | 0.00 | 21,000.00 | | 21,000.00 | FA |
| 2 | Wells Fargo Checking acct | 29.64 | 29.64 | | 0.00 | FA |
| 3 | Accounts Receivable over 90 days old | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Refund requested from Health Prime International | 3,400.00 | 3,400.00 | | 0.00 | FA |
| 4 | **Assets Totals (Excluding unknown values)** | **$3,429.64** | **$24,429.64** | | **$21,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 01/04/2024    **Current Projected Date Of Final Report (TFR):** 06/04/2024 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-11356 | Trustee Name: | Robert Seitzer (580270) |
|---|---|---|---|
| Case Name: | David Tabby DO LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8176 | Account #: | ******2096 Checking |
| For Period Ending: | 06/04/2024 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/23 | {1} | Body Rebuilders PC | First settlement payment in connection to preference demand | 1241-000 | 6,000.00 | | 6,000.00 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.44 | 5,994.56 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.53 | 5,984.03 |
| 02/01/24 | {1} | Body Rebuilders PC | Second Installment of Preference Settlement | 1241-000 | 5,000.00 | | 10,984.03 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.70 | 10,967.33 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.94 | 10,950.39 |
| 04/19/24 | {1} | Body Rebuilders PC | Third Settlement Installment | 1241-000 | 5,000.00 | | 15,950.39 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.59 | 15,928.80 |
| 05/20/24 | {1} | Body Rebuilders PC | Final settlement installment payment from Body Rebuilders | 1241-000 | 5,000.00 | | 20,928.80 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 29.23 | 20,899.57 |
| | | **COLUMN TOTALS** | | | 21,000.00 | 100.43 | $20,899.57 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 21,000.00 | 100.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $21,000.00 | $100.43 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-11356 | **Trustee Name:** | Robert Seitzer (580270) |
| **Case Name:** | David Tabby DO LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8176 | **Account #:** | ******2096 Checking |
| **For Period Ending:** | 06/04/2024 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $21,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $21,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2096 Checking | $21,000.00 | $100.43 | $20,899.57 |
| | **$21,000.00** | **$100.43** | **$20,899.57** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-11356 David Tabby DO LLC

Claims Bar Date: 11/06/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Atty Exp | Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br>8/15/23 Order to employ, Doc. #26 | Administrative<br>06/03/24 | | $47.60<br>$47.60 | $0.00 | $47.60 |
| Atty Fee | Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>8/15/23 Order to employ, Doc. #26 | Administrative<br>06/03/24 | | $4,415.00<br>$4,415.00 | $0.00 | $4,415.00 |
| FEE | Robert Seitzer<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/24/24 | | $2,850.00<br>$2,850.00 | $0.00 | $2,850.00 |
| | Cigna c/o Johnson & Roundtree<br>Po Box 2625<br>Del Mar, CA 92014<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Health Prime Inc.<br>785 W Granada Blvd<br>Ormond Beach, FL 32174<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Patient Pop<br>214 Wilshire Blvd<br>Santa Monica, CA 90401<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 23-11356 David Tabby DO LLC

Claims Bar Date: 11/06/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
|  | Stericycle<br>2355 Waukegan Rd<br>Bannockburn, IL 60015<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Verizon Bankruptcy Administration<br>500 Technology Drive Suite 550<br>Saint Charles, MO 63304<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Wade, Goldstein, Landau, & Abruzzo P.C.<br>61 Cassatt Ave<br>Berwyn, PA 19312<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Wells Fargo<br>420 Montgomery St<br>San Francisco, CA 94104<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Wiggins Shredding, Inc.<br>908 Old Fern Hill Rd<br>West Chester, PA 19380<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/19/23 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Wells Fargo Bank, N.A.<br>Wells Fargo Bank Payment Remittance Center<br>PO Box 51174<br>Los Angelas, CA 90051<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>08/11/23 |  | $42,547.18<br>$42,547.18 | $0.00 | $42,547.18 |

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 23-11356 David Tabby DO LLC

Claims Bar Date: 11/06/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Bank, N.A. Wells Fargo Bank Payment Remittance Center PO Box 51174 Los Angeles, CA 90051 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 09/26/23 | | $4,345.63 $4,345.63 | $0.00 | $4,345.63 |
| 3 | Wells Fargo Financial Leasing, Inc. PO Box 77096 Minneapolis, MN 55480 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 10/26/23 | | $2,136.38 $2,136.38 | $0.00 | $2,136.38 |
| 4 | Body Rebuilders, PC One Belmont Avenue Bala Cynwyd, PA 19004 <7100-000 General Unsecured - § 726(a)(2)> , 610 Body Rebuilders waived, released and discharged the right to receive distribution per settlement agreement order, Doc. #33 | Unsecured 11/02/23 | | $14,798.50 $0.00 | $0.00 | $0.00 |
| | | | Case Total: | | $0.00 | $56,341.79 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-11356
Case Name: David Tabby DO LLC
Trustee Name: Robert Seitzer

**Balance on hand:**  $             20,899.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $       20,899.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 2,850.00 | 0.00 | 2,850.00 |
| Attorney for Trustee Fees - Karalis PC | 4,415.00 | 0.00 | 4,415.00 |
| Attorney for Trustee, Expenses - Karalis PC | 47.60 | 0.00 | 47.60 |

Total to be paid for chapter 7 administrative expenses:  $        7,312.60
Remaining balance:  $       13,586.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $       13,586.97

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 13,586.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,029.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 42,547.18 | 0.00 | 11,790.68 |
| 2 | Wells Fargo Bank, N.A. | 4,345.63 | 0.00 | 1,204.26 |
| 3 | Wells Fargo Financial Leasing, Inc. | 2,136.38 | 0.00 | 592.03 |
| 4 | Body Rebuilders, PC | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 13,586.97 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**