**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **DAVID TABBY DO LLC** | : | **BANKRUPTCY NO. 23-11356(AMC)** |
| **d/b/a OPTIMUM NEUROLOGY** | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER
RESPONSIVE PLEADING TO NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

TO:    **THE HONORABLE ASHELY M. CHAN,**
      **Chief United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that the Certificate of Service filed by the Clerk of the Court indicates that on August 2 and 4, 2024, a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Objection (NFR) (the "Notice") was served by the Bankruptcy Noticing Center on the U.S. Trustee, Bankruptcy Rule 2002 Parties, interested parties and all creditors.  No objection or responsive pleading to the Notice has been filed and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** counsel to the Trustee respectfully requests that the Final Report be approved.

Respectfully submitted,

**KARALIS PC**

By:____/s/ Robert W. Seitzer_____
      ROBERT W. SEITZER
      1900 Spruce Street
      Philadelphia, PA 19103
      (215) 546-4500
      rseitzer@karalislaw.com
      *Counsel to the Chapter 7 Trustee*

Dated: September 13, 2024