IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DAVID TABBY DO LLC | : | BANKRUPTCY NO. 23-11356(MDC) |
| d/b/a OPTIMUM NEUROLOGY | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that a copy of the Certification of No Answer, Objection or Other Responsive Pleading to Notice of Trustee's Final Report and Applications for Compensation and Deadline to Objection (NFR) was served on September 13, 2024 upon the parties on the attached list in the manner indicated thereon.

                                              **KARALIS PC**

                                              By:   /s/ Robert W. Seitzer
                                                        ROBERT W. SEITZER
                                                        *Counsel to the Chapter 7 Trustee*

Dated: September 13, 2024

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | Kevin P. Callahan, Esquire<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 |
| **VIA E-MAIL** | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C.<br>1025 Berkshire Boulevard, Suite 700<br>Wyomissing, PA 19610<br>glutz@hvmllaw.com | |