UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

David Tabby DO LLC

    Debtor(s)

Chapter 7

Case No. 23-11356(AMC)

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this  19th  day of  Sept.  20 24 , upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,850.00 is reasonable compensation for the services in this case by ROBERT SEITZER, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

_____
ASHELY M. CHAN
Chief United States Bankruptcy Judge