United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11356-amc
David Tabby DO LLC  Chapter 7
David Tabby DO LLC
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | # David Tabby DO LLC, David Tabby DO LLC, 1 Belmont Ave Ste 400A, Bala Cynwyd, PA 19004-1606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor David Tabby DO LLC help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 19, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>David Tabby DO LLC<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy No. 23-11356 |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this  19th  day of  Sept.  20 24 , upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge