**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: David Tabby DO LLC                    §          Case No. 23-11356
                                             §
                                             §
                                             §
                   Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert Seitzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $3,429.64 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $13,586.97 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $7,413.03 | |

3) Total gross receipts of $21,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $21,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,413.03 | $7,413.03 | $7,413.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $116.06 | $63,827.69 | $49,029.19 | $13,586.97 |
| **TOTAL DISBURSEMENTS** | $116.06 | $71,240.72 | $56,442.22 | $21,000.00 |

4) This case was originally filed under chapter 7 on 05/09/2023.  The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    11/14/2024                        By: /s/ Robert Seitzer
                                                  Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Preference Action against Body Rebuilders PC | 1241-000 | $21,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,000.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 2100-000 | NA | $2,850.00 | $2,850.00 | $2,850.00 |
| Attorney for Trustee Fees - Karalis PC | 3110-000 | NA | $4,415.00 | $4,415.00 | $4,415.00 |
| Attorney for Trustee, Expenses - Karalis PC | 3120-000 | NA | $47.60 | $47.60 | $47.60 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $100.43 | $100.43 | $100.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,413.03** | **$7,413.03** | **$7,413.03** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $42,547.18 | $42,547.18 | $11,790.68 |
| 2 | Wells Fargo Bank, N.A. | 7100-000 | NA | $4,345.63 | $4,345.63 | $1,204.26 |
| 3 | Wells Fargo Financial Leasing, Inc. | 7100-000 | NA | $2,136.38 | $2,136.38 | $592.03 |
| 4 | Body Rebuilders, PC | 7100-000 | NA | $14,798.50 | $0.00 | $0.00 |
| N/F | Cigna c/o Johnson & Roundtree | 7100-000 | $116.06 | NA | NA | NA |
| N/F | Health Prime Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Patient Pop | 7100-000 | NA | NA | NA | NA |
| N/F | Stericycle | 7100-000 | NA | NA | NA | NA |
| N/F | Verizon Bankruptcy Administration | 7100-000 | NA | NA | NA | NA |
| N/F | Wade, Goldstein, Landau, & Abruzzo P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Wiggins Shredding, Inc. | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$116.06** | **$63,827.69** | **$49,029.19** | **$13,586.97** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  23-11356

**Case Name:**  David Tabby DO LLC

**For Period Ending:**  11/14/2024

**Trustee Name:**  (580270) Robert Seitzer

**Date Filed (f) or Converted (c):**  05/09/2023 (f)

**§ 341(a) Meeting Date:**  07/10/2023

**Claims Bar Date:**  11/06/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Potential Preference Action against Body Rebuilders PC (u)<br>1/10/24 Per Settlement Order, Doc. #33 | 0.00 | 21,000.00 | | 21,000.00 | FA |
| 2 | Wells Fargo Checking acct | 29.64 | 29.64 | | 0.00 | FA |
| 3 | Accounts Receivable over 90 days old | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Refund requested from Health Prime International | 3,400.00 | 3,400.00 | | 0.00 | FA |
| 4 | Assets Totals (Excluding unknown values) | **$3,429.64** | **$24,429.64** | | **$21,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Made a demand on the Debtor's landlord on August 4, 2023 to avoid a recover a preferential transfer.
Entered into a settlement agreement with the Debtor's landlord in connection to the preferential transfer that was approved by Court Order entered on January 10, 2024.
TFR submitted to UST on June 4, 2024 and is pending.

**Initial Projected Date Of Final Report (TFR):**  01/04/2024

**Current Projected Date Of Final Report (TFR):**  06/04/2024 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 23-11356 | Trustee Name: | Robert Seitzer (580270) |
|---|---|---|---|
| Case Name: | David Tabby DO LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8176 | Account #: | ******2096 Checking |
| For Period Ending: | 11/14/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/23 | {1} | Body Rebuilders PC | First settlement payment in connection to preference demand | 1241-000 | 6,000.00 |  | 6,000.00 |
| 12/29/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 5.44 | 5,994.56 |
| 01/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 10.53 | 5,984.03 |
| 02/01/24 | {1} | Body Rebuilders PC | Second Installment of Preference Settlement | 1241-000 | 5,000.00 |  | 10,984.03 |
| 02/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 16.70 | 10,967.33 |
| 03/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 16.94 | 10,950.39 |
| 04/19/24 | {1} | Body Rebuilders PC | Third Settlement Installment | 1241-000 | 5,000.00 |  | 15,950.39 |
| 04/30/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 21.59 | 15,928.80 |
| 05/20/24 | {1} | Body Rebuilders PC | Final settlement installment payment from Body Rebuilders | 1241-000 | 5,000.00 |  | 20,928.80 |
| 05/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 29.23 | 20,899.57 |
| 09/19/24 | 101 | Karalis PC | Distribution payment - Dividend paid at 100.00% of $47.60; Claim # Atty Exp; Filed: $47.60 | 3120-000 |  | 47.60 | 20,851.97 |
| 09/19/24 | 102 | Karalis PC | Distribution payment - Dividend paid at 100.00% of $4,415.00; Claim # Atty Fee; Filed: $4,415.00 | 3110-000 |  | 4,415.00 | 16,436.97 |
| 09/19/24 | 103 | Robert Seitzer | Distribution payment - Dividend paid at 100.00% of $2,850.00; Claim # FEE; Filed: $2,850.00 | 2100-000 |  | 2,850.00 | 13,586.97 |
| 09/19/24 | 104 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 27.71% of $42,547.18; Claim # 1; Filed: $42,547.18 | 7100-000 |  | 11,790.68 | 1,796.29 |
| 09/19/24 | 105 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 27.71% of $4,345.63; Claim # 2; Filed: $4,345.63 | 7100-000 |  | 1,204.26 | 592.03 |
| 09/19/24 | 106 | Wells Fargo Financial Leasing, Inc. | Distribution payment - Dividend paid at 27.71% of $2,136.38; Claim # 3; Filed: $2,136.38 | 7100-000 |  | 592.03 | 0.00 |

|  |  | COLUMN TOTALS | 21,000.00 | 21,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
|  |  | Subtotal | 21,000.00 | 21,000.00 |  |
|  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  | NET Receipts / Disbursements | $21,000.00 | $21,000.00 |  |

## Form 2

Exhibit 9

Page:   2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 23-11356 |
| **Case Name:** | David Tabby DO LLC |
| **Taxpayer ID #:** | **-***8176 |
| **For Period Ending:** | 11/14/2024 |

| | |
|---|---|
| **Trustee Name:** | Robert Seitzer (580270) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******2096 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2096 Checking | $21,000.00 | $21,000.00 | $0.00 |
| | **$21,000.00** | **$21,000.00** | **$0.00** |